UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO.: 6:11-bk-03116-KSJ

Kenneth N. Duncan

    Debtor(s).
_____/

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

The debtor request entry of an order referring the debtors and Litton Loan Servicing to mortgage modification mediation, and in support state:

1. The debtor filed this Chapter 13 case in an attempt to retain his primary residence.

2. The debtor would like to modify the terms of the mortgage encumbering his primary residence. The debtor's income will allow him to contribute as much as 31 percent of his current gross income to payment of his modified mortgage debt.

3. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

4. Debtor will pay the $306 mediation cost to the Chapter 13 Trustee prior to attending any scheduled mediation.

Wherefore, debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

DATED: April 11, 2011

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Referral to Mortgage Modification Mediation has been provided by United States first class mail, postage prepaid, or electronic filing on this 11th day of April, 2011 to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450 and Litton Loan Servicing, 4828 Loop Central Dr, Houston, TX. 77081.

/s/ Dean A Reed
Dean A Reed
The Law Office of Dean A Reed, P.A.
2180 W. State Road 434, Ste 2150
Longwood, FL 32779
Florida Bar No. 0086223
Telephone: (407) 937-2230
Facsimile: (407) 937-2231
Electronic Mail: dreed@dreedlaw.com.com
Attorney for Debtors