UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
Kenneth Duncan,  
         Debtor(s)        /

Chapter: 13  
CASE NO.: 6:11-BK-3116-KSJ

## CONCLUSIVE REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's order, mediation in the above referenced case was held on the 19th day of July, 2011.

The result of the conference is as follows:

_____ 1. A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

_____ 2. A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

__X__ 3. The parties agree to continue mediation.

_____ 4. The parties have impassed. All issues require Court intervention.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Notice or Regular U.S. Mail to:

**Debtors,** c/o Debtor's Counsel  
**Debtor's counsel,** Dean Reed, 2180 W. State Road 434, Suite 2150, Longwood, FL 32779  
**Chapter 13 Trustee,** Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;  
**Creditor,** Litton Loans via Creditor's counsel  
**Creditor's counsel,** Steve Tran, The Law Offices of Daniel C. Consuegra, 9204 King Palm Drive, Tampa, FL 33619

On July 19, 2011

_/s/ Elizabeth F. McCausland_  
_____

Elizabeth F. McCausland, Esq.  
Florida Bar No.: 0125822  
Liz McCausland, PA  
545 Delaney Ave. Suite 7  
Orlando, FL 32801  
(407) 492-1817  
(407) 545-4335 fax  
Liz@LizLawFirm.com